STATE OF OHIO ex rel. I. J. FULTON, as Superintendent of Banks, Appellant, *v.* NATHAN SAAL et al., Individually and as Copartners under the Firm Name of SAAL BROS., et al., Respondents.   (Appeals Nos. 1, 2 and 3.)

(Submitted February 26, 1934; decided March 6, 1934.)

*Arthur Block* for motion.

*Leo H. Klugherz* and *Morris Lester Saal* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that there has been no final determination of any action or special proceeding.

ADELE M. O'KEEFE, Respondent, *v.* MARTHA R. FRENCH, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

*Saul Bergman* for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not final.